**David James FLOWERS, Petitioner–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Charles M. Condon, Attorney General of South Carolina, Respondents–Appellees.**

No. 01–6672.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

David James Flowers, pro se.

Robert Eric Petersen, South Carolina Department of Corrections, Columbia, SC; Donald John Zelenka, Chief Deputy Attorney General, Columbia, S, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

David James Flowers appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Flowers v. South Carolina Dep't of Corr.,* No. CA–00–420–20BD (D.S.C. Mar. 26, 2001). Flowers' motion for a certificate of probable cause is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*